

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Hope Lu*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
hope.lu@usdoj.gov

main:  (973) 645-2700
direct: (973) 645-2862
fax:   (973) 297-2010

January 30, 2023

**BY ECF**
Honorable Rukhsanah L. Singh
United States Magistrate Judge
United States District Court District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

    Re: *United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al.,* Civil Action No. 3:17-cv-06317-PGS-RLS

Dear Judge Singh:

  I am the Assistant United States Attorney assigned to represent the Government, a non-party in this action, to respond to Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation's (collectively, "Defendants") Motion to Compel Discovery from the Department of Justice ("DOJ") (Dkt. No. 82), Defendants' Motion to Compel Discovery from the United States Citizenship and Immigration Services ("USCIS") and Department of Homeland Security Office of Inspector General ("DHS-OIG") (Dkt. No. 100), and Defendants' Motion to Compel Discovery from the United States Internal Revenue Service ("IRS") and Department of Labor ("DOL") (Dkt. No. 108).

  I write to respectfully request clarification regarding whether the Court wishes for the Government to attend the parties' telephonic status conference scheduled for February 2, 2023. Given the Government's status as a non-party in this declined False Claims Act action, the Government has not attended any prior status conference for the parties in this matter. On January 26, 2023, the Court included me on the e-mail communication to all counsel containing the dial-in for the February 2, 2023, telephonic status conference. If the Court would like the Government to attend the telephonic status conference, I respectfully request an adjournment because I have a long-scheduled settlement conference in another matter at 10:30am

that I expect may extend into the status conference scheduled in this case for 11:30am. However, the Government does not have specific issues to bring to the parties' status conference for discussion at this time. Defendants' Motion to Compel Discovery from DOJ is fully briefed, and Defendants' Motion to Compel Discovery from USCIS and DHS-OIG is in the process of being briefed. Defendants also recently filed their Motion to Compel Discovery from IRS and DOL. The Government believes that these motions can be decided on the papers submitted, pursuant to Rule 78 of the Federal Rules of Civil Procedure.

    I thank the Court for Your Honor's consideration of this matter.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:   *s/ Hope Y. Lu*
       HOPE Y. LU
       Assistant United States Attorney

cc. All Counsel (By ECF)