UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN-CLAUDE FRANCHITTI, ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION<br><br>*Defendants*. | Civil Action No. 3:17-cv-06317<br><br>**ORDER** |

This matter having come before the Court on Defendants' motion numbered ECF No. 171 and the Court, having carefully reviewed and taken into consideration the submissions of the parties, as well as the arguments and exhibits therein presented; the arguments presented at oral argument; and for the reasons stated in its August 16, 2023 Order:

**IT IS** on this **19th** day of **December, 2023,**

**ORDERED** that Defendants' Motion to Certify the Court's Order for an Interlocutory Appeal (ECF No. 171) is **DENIED**; and it is further

1

**ORDERED** that Defendants' Motion to Stay Proceedings Pending Appeal (ECF No. 171) is **DENIED** as moot.

                                              s/*Peter G. Sheridan*
                                              PETER G. SHERIDAN, U.S.D.J.